| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> **Isaacson & Wilson, PS** <br> **701 5th Ave, #5810** <br> **Seattle, WA 98104** <br> TELEPHONE NO.: 206 448-1011   FAX NO. (Optional): 206 448-1022 <br> EMAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name):   CARL SCHLACHTE AND NANCY SCHLACHTE | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** <br> **(OAKLAND BRANCH)** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER:   CARL SCHLACHTE AND NANCY SCHLACHTE | CASE NUMBER: <br> **C07-06446** |
| DEFENDANT/RESPONDENT:   UNITED STATES OF AMERICA | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **SCHLACTE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   **Summons in A Civil Case; Complaint Demand for Jury Trial**

3. a. Party served *(specify name of party as shown on documents served)*:
      **THE UNITED STATES OF AMERICA**
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person ur item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **Diane Lackey, REGISTERED AGENT, A white female approx. 45-55 years of age 5'4"-5'6" in height weighing 160-18 lbs with gray hair and glasses**

4. Address where the party was served:
   **450 GOLDEN GATE Avenue 9TH FLOOR, SAN FRANCISCO, CA 94102**

5. I served the party *(check proper box)*
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to rec service of process for the party   (1) on *(date)*: **2/5/2008**   (2) at *(time)*: **1:10 PM**
   b. [   ] **by substituted service.** On *(date)*:   (2) at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business o the person to be served. I informed him or her of the general nature of the papers.
   (2) [   ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual pla of abode of the party. I informed him or her of the general nature of the papers.
   (3) [   ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailin addresss of the person to be served, other than a United States Postal Service post office box. I informed l or her of the general nature of the papers.
   (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at t place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [   ] a declaration of mailing is attached.
   (5) [   ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2 <br> Code of Civil Procedure, § 417.10

Order No. 5040234 SEA

| PLAINTIFF/PETITIONER: CARL SCHLACHTE AND NANCY SCHLACHTE | CASE NUMBER: C07-06446 |
|---|---|
| DEFENDANT/RESPONDENT: UNITED STATES OF AMERICA | |

   c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date):*     (2) from *(city):*
      (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
      (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
   d. [ ] **by other means** *(specify means of service and authorizing code section):*

     [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [X] On behalf of *(specify):* **THE UNITED STATES OF AMERICA**
      under the following Code of Civil Procedure section:
          [ ] 416.10 (corporation)                      [ ] 415.95 (business organization, form unknown)
          [ ] 416.20 (defunct corporation)              [ ] 416.60 (minor)
          [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
          [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
          [ ] 416.50 (public entity)                     [ ] 415.46 (occupant)
                                                          [ ] other

7. **Person who served papers**
   a. Name:                      **Timothy Kinney**
   b. Address:                 **520 Townsend St., SUITE D, SAN FRANCISCO, CA 94103**
   c. Telephone number:     **415-908-3800**
   d. The fee for service was: **$0.00**
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [X] registered California process server:
         (i) [ ] owner   [ ] employee   [X] independant contractor
         (ii) [X] Registration No.:  **San Fran 599**
         (iii) [X] County:           **San Francisco**

8. [X] **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
    or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **2/6/2008**

**Timothy Kinney**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

POS-010 [Rev. January 1, 2007]                                                               Page 2 of 2
                                  **PROOF OF SERVICE OF SUMMONS**               Order No. 5040234 SEA