1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6805
5
   Attorneys for the United States of America
6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 CARL SCHLACHTE and              )
   NANCY SCHLACHTE                 )   Case No. 04:07-cv-6446-WDB
12                                 )
            Plaintiffs,             )
13                                 )   CONSENT TO PROCEED
       v.                          )   BEFORE A UNITED STATES
14                                 )   MAGISTRATE JUDGE
   UNITED STATES OF AMERICA,       )
15                                 )
            Defendant.              )
16 _____ )

17       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

19 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

20 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

21 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

22 Circuit.

23

24                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
25

26                                      /s/Thomas M. Newman
                                        THOMAS M. NEWMAN
27                                      Assistant United States Attorney
                                        Tax Division
28