IN THE UNITED STATES COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND BRANCH)

| CARL SCHLACHTE and, NANCY SCHLACHTE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendants. | Case No. CV 07-06446 WDB<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED this 13 day of March, 2008.

ISAACSON & WILSON, P.S.

/s/
Mark J. Wilson Cal. Bar No. # 96985
Attorney for Plaintiff

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE AND REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE - 1

ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5800
Seattle, Washington 98104
Telephone: (206) 448-1011
Fax: (206) 448-1022

CERTIFICATE OF SERVICE

1. I, Yelena Kazatskaya, hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Thomas M. Newman      thomas.newman2@usdoj.gov

Mark J. Wilson      mjwilson@isaacsonwilson.com, aalor@isaacsonwilson.com, sjbridges@isaacsonwilson.com


/s/
Yelena Kazatskaya

CERTIFICATE OF SERVICE - 1

ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5800
Seattle, Washington 98104
Telephone: (206) 448-1011
Fax: (206) 448-1022