UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SCHLACHTE and NANCY SCHLACHTE,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C 07-6446 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for April 3, 2008 at 4:00 p.m. is vacated.

Dated: March 18, 2008　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

*Sarah Weinstein*

By: SarahWeinstein
　　　Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd