1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, CA 94102
    Telephone:   (415) 436-6805
5   Fax:         (415) 436-6748

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CARL SCHLACHTE and NANCY SCHLACHTE** )<br>)<br>) | Case No. 03:07-cv-6446-PJH |
| **Plaintiffs,** )<br>) | STIPULATION TO CONTINUE |
| v. )<br>) | |
| **UNITED STATES OF AMERICA,** )<br>) | |
| **Defendant.** )<br>) | |

Plaintiffs Carl Schlachte and Nancy Schlachte and defendants stipulate to continue the Case Management Conference currently set for April 17, 2008 at 2:30 p.m. Plaintiffs' lead counsel, Mark Wilson, is required to appear at a hearing and present oral argument in the U.S. District Court for the Western District of Washington in the matter of *Swartz v. KPMG*, Case No. 03-01252-MJP. For this reason, the parties agree that the Case Management Conference should be continued until April 24, 2008 at 2:30 p.m.

Stipulation
07-cv-6446-PJH                    -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                Respectfully submitted,
                JOSEPH P. RUSSONIELLO
                United States Attorney

*/s/ Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

/s/ _____
MARK J. WILSON
Isaacson & Wilson, P.S.
701 Fifth Ave, Suite 5810
Seattle, WA 98104
Tel: (206) 448-1011
Fax: (206) 448-1022
e-mail: **mjwilson@isaacsonwilson.com**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CARL SCHLACHTE and NANCY SCHLACHTE** | ) )  **Case No. 03:07-cv-6446-PJH** |
| **Plaintiffs,** | ) ) **ORDER** |
| v. | ) ) |
| **UNITED STATES OF AMERICA,** | ) ) |
| **Defendant.** | ) ) |

In accordance with the parties' stipulation, the Case Management Conference is continued until April 24, 2008, at 2:30 p.m.

IT IS SO ORDERED.

Dated: April __, 2008

_____
PHYLLIS J. HAMILTON
United States District Court Judge