1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, CA 94102
    Telephone:   (415) 436-6805
5   Fax:         (415) 436-6748

6  Attorneys for the United States of America

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 CARL SCHLACHTE and                    )
   NANCY SCHLACHTE                       )    Case No. 03:07-cv-6446-PJH
12                                        )
            Plaintiffs,                   )    STIPULATION TO CONTINUE
13                                        )
        v.                                )
14                                        )
   UNITED STATES OF AMERICA,              )
15                                        )
            Defendant.                    )
16 _____ )

17

18         Plaintiffs Carl Schlachte and Nancy Schlachte and defendants stipulate to continue the

19 Case Management Conference currently set for April 17, 2008 at 2:30 p.m.  Plaintiffs' lead

20 counsel, Mark Wilson, is required to appear at a hearing and present oral argument in the U.S.

21 District Court for the Western District of Washington in the matter of *Swartz v. KPMG*, Case No.

22 03-01252-MJP.  For this reason, the parties agree that the Case Management Conference should

23 be continued until April 24, 2008 at 2:30 p.m.

24

25

26

27

28

Stipulation
07-cv-6446-PJH                      -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney


*/s/ Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division


/s/_____
MARK J. WILSON
Isaacson & Wilson, P.S.
701 Fifth Ave, Suite 5810
Seattle, WA 98104
Tel: (206) 448-1011
Fax: (206) 448-1022
e-mail: **mjwilson@isaacsonwilson.com**

1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **CARL SCHLACHTE and** | ) | |
| **NANCY SCHLACHTE** | ) | **Case No. 03:07-cv-6446-PJH** |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

12

13

14

15

16

17

18

19        In accordance with the parties' stipulation, the Case Management Conference is

20    continued until April 24, 2008, at 2:30 p.m.

21        IT IS SO ORDERED.

22

23    Dated: April 16 2008

24                                                                                        Judge

25

IT IS SO ORDERED

Judge Phyllis J. Hamilton

26

27

28