1  BRIAN G. ISAACSON
2  ISAACSON & WILSON, P.S.
   701 Fifth Avenue, Suite 5810
3  Seattle, Washington 98104
   Telephone: (206) 448-1011
4  Fax: (206) 448-1022
   bgisaacson@isaacsonwilson.com

FILED
08 APR 21 PM 4:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARL SCHLACHTE and NANCY SCHLACHTE, | Case No. CV 07-06446 PJH |
|---|---|
| Plaintiffs, | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| THE UNITED STATES OF AMERICA | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Brian G. Isaacson, an active member in good standing of the bar of Washington State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

APPLICATION TO APPEAR PRO HAC VICE- 1

ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5810
Seattle, Washington 98104
Telephone: (206) 448-1011
Fax: (206) 448-1022

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Steven Jay Rood
Law Offices of Steve Rood
405-14th Street
Suite 212
Oakland, CA 94612

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2008

Brian G. Isaacson

APPLICATION TO APPEAR PRO HAC VICE- 2

ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5810
Seattle, Washington 98104
Telephone: (206) 448-1011
Fax: (206) 448-1022

|1| BRIAN G. ISAACSON
ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5810
Seattle, Washington 98104
Telephone: (206) 448-1011
Fax: (206) 448-1022
bgisaacson@isaacsonwilson.com

RECEIVED

08 APR 21 PM 4: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**E-filing**

CARL SCHLACHTE and
NANCY SCHLACHTE,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA

    Defendants.

*Case No.* CV 07-06446 PJH

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Brian G. Isaacson, an active member in good standing of the bar of Washington State whose business address is 701 Fifth Avenue, Suite 5810, Seattle, Washington, 98104, having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-#. All papers filed by the attorney must indicate *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                 PHYLLIS J. HAMILTON
                                 United States District Court Judge

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018373
Cashier ID: bucklem
Transaction Date: 04/21/2008
Payer Name: isaacson and wilson
------------------------------------
PRO HAC VICE
 For: brian g isaacson
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1108
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c07-6446pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```