HONORABLE PHYLLIS J. HAMILTON

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL SCHLACHTE and<br>NANCY SCHLACHTE,<br>            Plaintiffs,<br>       v.<br><br>THE UNITED STATES OF AMERICA<br><br>            Defendants. | *Case No.* CV 07-06446 PJH<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Plaintiffs Carl Schlachte and Nancy Schlachte, and requests that all notices given or required to be given in this case be served upon the person identified below (in addition to all the other counsel of record who have already appeared):

>Brian G. Isaacson,
>ISAACSON & WILSON, P.S.
>705 Fifth Avenue, Suite 5810
>Seattle, WA  98104
>206 448 1011
>206 448 1022
>bgisaacson@isaacsonwilson.com

NOTICE OF APPEARANCE- 1

**ISAACSON & WILSON, P.S.**
701 Fifth Avenue, Suite 5810
Seattle, Washington  98104
Telephone: (206) 448-1011
Fax: (206) 448-1022

| | |
|---|---|
| Dated:   April 23, 2008 | By:  /s/ *Brian G. Isaacson*  <br>Brian G. Isaacson, WSBA No. 25921 <br>ISAACSON & WILSON, P.S. <br>705 Fifth Avenue, Suite 5810 <br>Seattle, WA  98104 <br>206 448 1011 <br>206 448 1022 <br>bgisaacson@isaacsonwilson.com |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 23, 2008 to the CM-ECF system of the United States District Court for the Northern District of California for electronic delivery to all counsel of record.

Thomas M. Newman    thomas.newman2@usdoj.gov

Mark J. Wilson    mjwilson@isaacsonwilson.com, sjbridges@isaacsonwilson.com, yelena@isaacsonwilson.com

*/s/ Brian Isaacson*

NOTICE OF APPEARANCE- 2

ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5810
Seattle, Washington  98104
Telephone: (206) 448-1011
Fax: (206) 448-1022