UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 24, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6446 PJH

**Case Name:** Carl Schlachte, et al. v. United States of America

**Attorney(s) for Plaintiff:** Brian G. Isaacson
**Attorney(s) for Defendant:** Tom Newman

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. The parties request to submit an updated case management conference statement in September to give them an opportunity to work out discovery issues is granted by the court. The court informs the parties that they will need to appear at a further case management conference and also file an updated case management conference statement one week before the conference. A further case management conference is set for 9/25/08 at 2:30 p.m. The pending motion to dismiss will go forward on 5/28/08. The court will inform the parties if the motion will be decided on the papers.

**Order to be prepared by:** [] Pl [] Def [] Court

**Notes:**

**cc:** file