STEVEN M. GRAHAM
ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5810
Seattle, Washington 98104
Telephone: (206) 448-1011
Fax: (206) 448-1022
smgraham@isaacsonwilson.com

RECEIVED
MAY 08 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL SCHLACHTE and NANCY SCHLACHTE, Plaintiffs, v. THE UNITED STATES OF AMERICA Defendants. | *Case No.* CV 07-06446 PJH<br><br>~~[PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Steven M. Graham, an active member in good standing of the bar of Washington State whose business address is 701 Fifth Avenue, Suite 5810, Seattle, Washington, 98104, having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-#. All papers filed by the attorney must indicate *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 12, 2008

PHYLLIS J. HAMILTON
United States District Judge

