UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 28, 2008                                                           **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6446 PJH

**Case Name:** Carl Schlachte, et al. v. United States of America

**Attorney(s) for Plaintiff:**     Steven Graham; Brian Isaacson
**Attorney(s) for Defendant:**     Tom Newman

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Juanita Gonzalez

**PROCEEDINGS**

Defendant's Motion to Dismiss-Held. The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file