JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6805
 Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CARL SCHLACHTE and NANCY SCHLACHTE**        **Plaintiffs,**    v.  **UNITED STATES OF AMERICA,**        **Defendant.** | Case No. 03:07-cv-6446-PJH  **MOTION FOR LEAVE TO FILE FURTHER REPLY** |

On May 28, 2008, the Court heard arguments regarding the United States' motion for partial dismissal. During oral argument, the Court addressed its concerns regarding a taxpayer's right to amend a claim for refund that has been denied, and what constitutes a final determination by the IRS. Since this matter was of obvious concern to the Court, the Government seeks leave to file a brief not exceeding three (3) pages, limited to this issue, which will be filed no later than noon on Monday June 2, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

-1-