**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CARL SCHLACHTE and NANCY SCHLACHTE** ) ) ) | **Case No. 03:07-cv-6446-PJH** |
| **Plaintiffs,** ) ) | **[PROPOSED] ORDER** |
| v. ) ) | |
| **UNITED STATES OF AMERICA,** ) ) | |
| **Defendant.** ) ) | |

The defendant's motion for leave to file a further reply is GRANTED. The United States is permitted to file a brief not to exceed three pages, which must be filed no later than noon on Monday June 2, 2008. It is so ORDERED.

Dated: May __, 2008

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

-1-