IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL SCHLACHTE and<br>NANCY SCHLACHTE<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 03:07-cv-6446-PJH<br><br>[~~PROPOSED~~] ORDER<br>DENYING AS MOOT IN VIEW OF<br>COURT'S ORDER FOR<br>SUPPLEMENTAL BRIEFING |

The defendant's motion for leave to file a further reply is GRANTED. The United States is permitted to file a brief not to exceed three pages, which must be filed no later than noon on Monday June 2, 2008. It is so ORDERED.

Dated: May __, 2008

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[Stamp: DENIED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

-1-