54 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CARL SCHLACHTE and NANCY SCHLACHTE,<br><br>           Plaintiff (s),<br>V.<br>THE UNITED STATES OF AMERICA,<br>           Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 03:07-CV-6446-EDL |

Notice is hereby given that, subject to approval by the court, __CARL SCHLACHTE and NANCY SCHLACHTE__ substitutes
(Party (s) Name)

__THOMAS F. CARLUCCI__, State Bar No. __135767__ as counsel of record in
(Name of New Attorney)

place of __STEVEN M. GRAHAM, Isaacson & Wilson, 1200 Fifth Avenue, Suite 1900, Seattle, Washington  98101.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      DLA PIPER LLP (US)
Address:        153 Townsend Street, Suite 800, San Francisco, CA  94107
Telephone:      415-836-2500          Facsimile 415-836-2501
E-Mail (Optional):   thomas.carlucci@dlapiper.com

I consent to the above substitution.

Date:   November  11 , 2008
                                                                  (Signature of Party (s))

I consent to being substituted.

Date:   November  11 , 2008
                                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   November  11 , 2008
                                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   November 17, 2008

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]