# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARL SCHLACHTE and**<br>**NANCY SCHLACHTE**<br><br>      **Plaintiffs,**<br><br>      v.<br><br>**UNITED STATES OF AMERICA,**<br><br>      **Defendant.** | **Case No. 03:07-cv-6446-EDL**<br><br>**ORDER** |

In accordance with the parties' stipulation, IT IS SO ORDERED.

Dated: March __, 2009

                                       ELIZABETH D. LAPORTE
                                       United States Magistrate Judge

Dispositive motions shall be filed no later than May 26, 2009. The Case Management Conference is continued to June 30, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 13, 2009

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]