1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (NYSBN 4256178)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6805
5   Fax: (415) 436-6748

6  Attorneys for the United States of America

7

8              **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11 **CARL SCHLACHTE and**                )
   **NANCY SCHLACHTE**                   )    Case No. 03:07-cv-6446-EDL
12                                       )
           **Plaintiffs,**                )    STIPULATION TO DISMISS
13                                       )    AND ~~PROPOSED~~ [ORDER]
       v.                                )
14                                       )
   **UNITED STATES OF AMERICA,**         )
15                                       )
           **Defendant.**                 )
16 _____)

17      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-

18 titled action with prejudice.

19                                    Respectfully submitted,
                                      JOSEPH P. RUSSONIELLO
20                                    United States Attorney

21
                                      */s/ Thomas M. Newman*
22                                    THOMAS M. NEWMAN
                                      Assistant United States Attorney
23                                    Tax Division

24                                    /s/*Thomas F. Carlucci*
                                      Attorney for Plaintiffs
25                                    Carl & Nancy Schlachte

26

27

28

*Stipulation to Dismiss*
*Case No. 07-6446-EDL*              -1-

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CARL SCHLACHTE and NANCY SCHLACHTE** ) ) ) | **Case No. 03:07-cv-6446-EDL** |
| **Plaintiffs,** ) ) | **ORDER** |
| v. ) ) | |
| **UNITED STATES OF AMERICA,** ) ) | |
| **Defendant.** ) ) | |

In accordance with the parties' stipulation, this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: May  15, 2009



*Stipulation to Dismiss*
*Case No. 07-6446-EDL*                -2-